LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

April 1, 2021

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Marcos Mendez-Feliz
15 CR 473 (JMF)

Dear Judge Furman:

The above case is scheduled for a further status conference on April 12, 2021. The parties believe that a further adjournment of such a conference for a period of 90 days would be warranted.

The case relates to a 2006 homicide. The parties have continued to investigate the matter, and have had numerous substantive discussions concerning both the forthcoming trial, and possible dispositions in advance thereof. The government has informed us that it will be forwarding a plea offer that may resolve the case. However the defense continues to need additional time to interview potential witnesses, to evaluate items our investigation has revealed, and to confer with the Defendant under conditions making such communication difficult.

Accordingly, the parties jointly request that the Court adjourn the matter to a convenient date in mid-July 2021. Implicit in this is the Defendant's consent to the exclusion of the adjournment period from Speedy Trial calculations pursuant to 18 U.S.C. §3161(h)(7).

Sincerely,

David Wikstrom

Application GRANTED. The conference is hereby ADJOURNED to July 6, 2021, at 2:30 p.m. Time is excluded in the interests of justice from today, until July 6, 2021, for the reasons set forth in counsel's letter. The Clerk of Court is directed to terminate Doc. #31. SO ORDERED.

April 5, 2021