LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

October 29, 2021

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

        Re: <u>United States v. Marcos Antonio Mendez-Feliz</u>
            15 CR 473 (JMF)

Dear Judge Furman:

    This letter is submitted in response to the Court's order of Oct. 25, with apologies for this late response, which was to have been filed by October 27. I respectfully request that the sentencing currently scheduled for November 9 be adjourned for 60 days. Assistant United States Attorney Christopher Clore consents to the request.

    Mr. Mendez's sentencing submission is incomplete. The final PSR was received nine days ago, and there are numerous allegations concerning incidents stemming from prison disciplinary proceedings alleged to have taken place some 20 to 30 years ago that require a response. In addition, I have received more than 30 letters of support from friends and family, all of which are in Spanish and which I am in the process of having translated.

    Mr. Mendez's guildelines imprisonment range is 360-life, capped by a 240 month statutory maximum, and adequate time for preparation of a thorough sentencing submission is essential. I therefore respectfully request an enlargement of time.

Application GRANTED. Sentencing is ADJOURNED to February 1, 2022, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #46. SO ORDERED.

October 29, 2021

Sincerely,

David Wikstrom