LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

January 18, 2022

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: <u>United States v. Marcos Antonio Mendez-Feliz</u>
15 CR 473 (JMF)

Dear Judge Furman:

By this letter the Defendant requests that the sentencing currently scheduled for February 1, 2022 be adjourned for approximately 60 days, to a date convenient to the Court. Assistant United States Attorney Christopher Clore consents to the request.

Mr. Mendez's sentencing submission is incomplete. I am still receiving letters from family and others in the Dominican Republic and am continuing to complete the submission. However in-person legal visitation at the MDC remains suspended and it is impossible to prepare effectively for the imposition of sentence without the ability to meet personally with my client. Mr. Mendez's guidelines imprisonment range is 360-life, capped by a 240 month statutory maximum, and the need for additional time to prepare is essential.

I therefore respectfully request an enlargement of time to a date in early April 2022.

**Application GRANTED. Sentencing is ADJOURNED to April 5, 2022, at 3:15 p.m.. The Clerk of Court is directed to terminate Doc. #48. SO ORDERED.**

Sincerely,

*/s/ David Wikstrom*

David Wikstrom

*January 18, 2022*