March 24, 2022

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to May 12, 2022, at 11:30 a.m. The Clerk of Court is directed to terminate Doc. #51. SO ORDERED.
>
> March 25, 2022

Re: <u>United States v. Marcos Antonio Mendez-Feliz</u>
    15 CR 473 (JMF)

Dear Judge Furman:

    By this letter the Defendant requests that the sentencing currently scheduled for April 5, 2022 be adjourned for approximately 30 days, to a date convenient to the Court. Assistant United States Attorney Christopher Clore consents to the request.

    Mr. Mendez's sentencing submission is incomplete. I have received 22 additional letters, all in Spanish, and my interpreter has not completed her translation of them. The information contained in them respecting Mr. Mendez's life over the last 16 years—all postdating the offense conduct—is a central component of my mitigation argument.. Mr. Mendez's guidelines imprisonment range is 360-life, capped by a 240 month statutory maximum, and the need for additional time to prepare is of obvious importance.

    I therefore respectfully request an enlargement of time to a date in early May, 2022.

Sincerely,

David Wikstrom