UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
-v-                                                                     :     15-CR-473 (JMF)
:
MARCOS ANTONIO MENDEZ FELIZ,                                            :     ORDER
:
Defendant.                                                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On September 17, 2024, Defendant, proceeding without counsel, filed a "MOTION FOR CORRECTION OF SENTENCE PURSUANT TO AMENDEMENT 684 (2006) USSG § 2D1.1(d)(1), 3582(C)(2) SECOND DEGREE MURDER § 2A1.2(a)." *See* ECF No. 70

The Government shall file any opposition to the motion by **October 2, 2024**, and Defendant shall file any reply by **October 16, 2024**.

The Clerk of Court is directed to mail this Order to:

> Marcos Antonio Mendez Feliz
> Register No. 87071-054
> FCI Fort Dix
> Federal Correctional Institution
> P.O. BOX 2000
> Joint Base MDL, NJ 08640

SO ORDERED.

Dated: September 18, 2024        _____
New York, New York                        JESSE M. FURMAN
                                       United States District Judge