

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2024

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Mendez Feliz*, 15 Cr. 473 (JMF)

Dear Judge Furman:

    The Government respectfully requests an extension of time to respond to the defendant's "MOTION FOR CORRECTION OF SENTENCE PURSUANT TO AMENDEMENT 684 (2006) USSG § 2D1.1(d)(1), 3582(C)(2) SECOND DEGREE MURDER § 2A1.2(a)."  (ECF 70.)

    On September 18, 2024, the Court set a deadline of October 2, 2024, for the Government to respond to the defendant's motion.  (ECF 71.)  Because the Assistant United States Attorney who had previously worked on this defendant's case has left the United States Attorney's Office, the Office did not timely respond. The undersigned counsel for the Government was assigned to this matter today, October 22, 2024.  Accordingly, the Government requests additional time to obtain and review records, to consider the Government's position on the motion, and to draft its response.  The Government respectfully requests leave to file its response on or before November 5, 2024 (*i.e.*, two weeks from today).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

Application GRANTED. The Government shall file any opposition to the motion by **November 5, 2024,** and the Defendant shall file any reply by **November 19, 2024**. The Clerk of Court is directed to terminate Doc. # 73 and is further directed to mail this Order to: Marcos Antonio Mendez Feliz, Register No. 87071-054, FCI Fort Dix, Federal Correctional Institution, P.O. BOX 2000, Joint Base MDL, NJ 08640.

SO ORDERED.

*/s/ Jesse M. Furman*
October 23, 2024