UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
                                                                       :
    -v-                                                            :    15-CR-473 (JMF)
                                                                       :
MARCOS ANTONIO MENDEZ FELIZ,                                           :    <u>ORDER</u>
                                                                       :
    Defendant.                                                     :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On May 12, 2025, Defendant Marcos Antonio Mendez-Feliz, proceeding without counsel, filed a motion styled "RECONSIDERATION OF MOTION FOR CORRECTION OF SENTENCE PURSUANT TO AMENDEMENT 684 (2006) USSG § 2D1.1(d)(1), 3582(C)(2) SECOND DEGREE MURDER § 2A1.2(a)." *See* ECF No. 82. The motion seeks more or less the same relief as Mendez-Feliz's motion filed September 17, 2024. *See* ECF No. 70; *see also* ECF No. 79. Accordingly, the motion is DENIED as frivolous substantially for the reasons set forth in the Court's Memorandum Opinion and Order entered on November 21, 2024. *See* ECF No. 77; *see also* ECF No. 80.

    The Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is directed to terminate ECF No. 82 and mail this Order to:

        Marcos Antonio Mendez Feliz
        Register No. 87071-054
        FCI Fort Dix
        Federal Correctional Institution
        P.O. BOX 2000
        Joint Base MDL, NJ 08640

SO ORDERED.

Dated: May 20, 2025
       New York, New York                           JESSE M. FURMAN
                                                   United States District Judge